No. 66410.—Frederick's of Hollywood, Inc. *v.* United States, protest 309015–K (Los Angeles).

Opinion by FORD, J. In accordance with oral stipulation of counsel that the merchandise consists of nylon knit blouses similar in use to silk blouses and following the principles set forth in *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), the claim of the plaintiff was sustained.

No. 66411.—Rose Marie Reid, Inc. *v.* United States, protest 59/10284 (Los Angeles).

Opinion by FORD, J. In accordance with oral stipulation of counsel that the merchandise consists of nylon stretch yarn fabric similar in all material respects to that the subject of *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), the claim of the plaintiff was sustained.

No. 66412.—Rhodia, Inc. *v.* United States, protests 223994–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of yarns in chief value of synthetic textile similar in use to silk yarns and following the principles set forth in *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), the claim of the plaintiff was sustained.